HANNAH JANE MARDEN, Respondent, *v.* ELLA M. DORTHY et al., Appellants.

Reported below, 12 App. Div. 188.
(Argued February 27, 1899; decided March 7, 1899.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial

department, entered December 23, 1896, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at an EquityTerm.

The motion was made upon the grounds that the notice of appeal was not served on plaintiff's attorney and that no undertaking has been given.

*Henry Selden Bacon* for motion.

*John Van Voorhis & Sons* opposed.

Motion granted, unless the appellants file an undertaking perfecting their appeal within ten days and pay ten dollars costs of this motion.